# JUNE 5, 1940

AGAPITO CAMPOS V. THE STATE.

No. 21124. Delivered June 5, 1940.

The opinion states the case.

*Joe E. Briscoe,* of Hondo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in jail for thirty days.

The prosecution proceeded in the county court upon an information. No complaint is embraced in the transcript. In the absence of a complaint the court below was without jurisdiction.

The judgment is reversed and the prosecution ordered dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.